IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Renaldo Lewis, | ) | C/A No.: 1:15-4365-JFA-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden Linda Thomas, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a motion to dismiss on February 22, 2016. [ECF No. 16]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on February 23, 2016, advising him of the importance of a motion to dismiss and of the need for him to file an adequate response by March 28, 2016. [ECF No. 17]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned orders Petitioner to advise the court as to whether he wishes to continue with this case and to file a response to Respondent's motion to dismiss by April 12, 2016. Petitioner is further advised that if he fails to respond, this action will be

recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*,

588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

     IT IS SO ORDERED.

March 29, 2016            Shiva V. Hodges
Columbia, South Carolina     United States Magistrate Judge